

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | JASON M. FRIERSON |
| | United States Attorney |
| 2 | Nevada Bar No. 7709 |
| | KIMBERLY SOKOLICH |
| 3 | Assistant United States Attorney |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 388-6336 |
| 5 | Fax: (702) 388-6418 |
| | Kimberly.Sokolich@usdoj.gov |
| 6 | *Attorneys for the United States* |

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              OCT 12 2022

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
|  Plaintiff, | **CRIMINAL INDICTMENT** |
|  vs. | 2:22-cr- 212 |
| CHARLES SANDERS, aka "Cheeze," | **VIOLATION:** |
|  Defendant. | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) – Conspiracy to Distribute a Controlled Substance |
| | 18 U.S.C. § 933 – Trafficking Firearms |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii) – Distribution of a Controlled Substance |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) – Possession of a Machine Gun |
| | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) – Engaging in the Business of Dealing in Firearms Without a License |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
Conspiracy to Distribute a Controlled Substance
(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii))

From a time unknown but no later than July 20, 2022, and continuing up to and including September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, and others known and unknown, knowingly combined, conspired, confederated, and agreed with each other to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

**COUNT TWO**
Trafficking Firearms
(18 U.S.C. § 933)

Beginning from a time unknown but no later than July 20, 2022, and continuing up to and including on or about September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly transferred and disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by receipt would constitute a felony, as defined in 18 U.S.C. § 932(a); all in violation of Title 18, United States Code, Section 933.

**COUNT THREE**
Illegal Possession of a Machinegun
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about August 25, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly possessed and transferred a machinegun, to wit: a Juggernaut Arms JT-9 privately made AR-15 style machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT FOUR
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about August 25, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT FIVE
Illegal Possession of a Machinegun
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about September 1, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly possessed and transferred machineguns, to wit: a DPMS A-15 machinegun bearing serial number FFH213817; and a P80 privately made firearm, bearing no serial number with a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT SIX
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT SEVEN
Illegal Possession of a Machinegun
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly possessed and transferred a machinegun, to wit: a Wilson Combat .223 multi-caliber firearm, bearing serial number WCPL15784, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

//

## COUNT EIGHT
Engaging in the Business and Dealing in Firearms Without a License
(18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

Beginning from a time unknown but no later than July 20, 2022, and continuing to and including on or about September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

DATED: this 12 day of October, 2022.

**A TRUE BILL:**

_____/s/_____
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

KIMBERLY SOKOLICH
Assistant United States Attorney