```
                                          FILED          RECEIVED
                                          ENTERED        SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

                                              MAY 04 2023

                                          CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                       BY:_____DEPUTY
```

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   KIMBERLY SOKOLICH
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6418
   Kimberly.Sokolich@usdoj.gov
6
   *Attorneys for the United States*

7                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
8

9  | UNITED STATES OF AMERICA, | Case No.: 2:22-cr-212-APG-VCF |
10 |                            |                                |
   |         Plaintiff,         | SUPERSEDING CRIMINAL           |
11 |                            | INFORMATION                    |
   |           vs.              |                                |
12 |                            | VIOLATIONS:                    |
   | CHARLES SANDERS,           |                                |
13 |    aka "Cheeze,"           | 21 U.S.C. §§ 846, 841(a)(1),   |
   |                            | 841(b)(1)(B)(viii) – Conspiracy to Distribute |
14 |         Defendant.         | a Controlled Substance         |
   |                            |                                |
15 |                            | 18 U.S.C. § 933 – Trafficking Firearms |

16

17 THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES

18 THAT:

19                              **COUNT ONE**
                   Conspiracy to Distribute a Controlled Substance
20             (21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viii))

21     From a time unknown but no later than July 20, 2022, and continuing up to and

22 including September 13, 2022, in the State and Federal District of Nevada,

23                             CHARLES SANDERS
                                aka "CHEEZE,"
24

defendant herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed with each other to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

COUNT TWO
Trafficking Firearms
(18 U.S.C. § 933)

Beginning from a time unknown but no later than July 20, 2022, and continuing up to and including on or about September 13, 2022, in the State and Federal District of Nevada,

CHARLES SANDERS
aka "CHEEZE,"

defendant herein, knowingly transferred and disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by receipt would constitute a felony, as defined in 18 U.S.C. § 932(a); all in violation of Title 18, United States Code, Section 933.

DATED: this 9 day of March, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Kim Sokolich

KIMBERLY SOKOLICH
Assistant United States Attorney